DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00004-002 |
|---|---|
| Plaintiff, | |
| vs. | |
| **MARCELINO J. LASERNA,** | **APPOINTMENT ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that **MARK SMITH** is appointed to represent the defendant in the above-entitled case.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Jan 25, 2008**