Laserna.appgj

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America



FILED
DISTRICT COURT OF GUAM

FEB 1 1 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, ) | UNITED STATES APPLICATION TO DISCLOSE CERTAIN GRAND JURY TESTIMONY |
| vs. ) | |
| MARCELINO J. LASERNA, ) | |
| Defendant. ) | |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an order allowing the government to disclose to attorney Mark S. Smith the testimony of a witness who appeared before the Grand Jury on April 11, 2007. This case involves a particular scheme to obtain Guam driver's licenses fraudulently. The witness, who has pled guilty to document fraud, was one of those who purchased a fraudulent Guam driver's license through some of the defendants charged in this case, and can describe the methods employed to secure the license. The government makes this request pursuant to Federal Rule of Criminal Procedure 6(3)(E)(i) which allows the court to authorize the disclosure of a grand-jury matter preliminarily to or in connection with a judicial proceeding.

//

-1-

1  The witness's testimony will be useful to the defense attorney in understanding the mechanics of
2  how the scheme actually worked, and the involvement of Department of Motor Vehicles
3  examiners.

4  Respectfully submitted this 11th day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

-2-