LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, | |
| vs. | |
| EUN YOUNG LEE a.k.a. EUN YOUNG CHO a.k.a. INA LEE, MARCELINO J. LASERNA, JOHN W.C. DUENAS, JOSEPH PANGELINAN, FRANCISCO SN KAWAMOTO, and MARGARET B. UNTALAN, | **ORDER** Permitting Disclosure of Certain Testimony Before the Grand Jury |
| Defendants. | |

On the 11th day of February 2008, came the applications of Assistant United States Attorney Karon V. Johnson for an Order, pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, to allow the government to disclose to defense counsels for the above-name defendants the testimony of a witness who appeared on this matter before the Grand Jury on April 11, 2007. The court finds that this testimony is in connection with the judicial proceeding now pending before the court under the above-entitled case, and that it would be beneficial for defense counsels to have access to it.

///

IT IS THEREFORE ORDERED that the applications are granted and the United States may provide each defense counsel for the above-named defendants a copy of the transcript of the testimony of the witness who appeared before the Grand Jury on this matter April 11, 2007.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Feb 12, 2008