LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00004 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| EUN YOUNG LEE, ) | |
| aka Eun Young Cho, aka Ina Lee, ) | |
| MARCELINO J. LASERNA, ) | |
| JOHN W.C. DUENAS, ) | |
| MARY C. GARCIA, ) | |
| JOSEPH PANGELINAN, ) | |
| FRANCISCO SN KAWAMOTO, and ) | |
| MARGARET B. UNTALAN, ) | |
| ) | |
| Defendants. ) | |

I hereby certify that on May 6, 2008, I electronically filed United States Witness List with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 6, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

Mark Smith                          Delia Lujan
Suite 102-D                         Suite 300, DNA Bldg.
456 W. O'Brien Drive                238 Archbishop Flores St.
Hagatna, Guam 96910                 Hagatna, Guam 96910

//

//

| | |
|---|---|
| 1 | Rawlen Mantanona<br>2nd Floor, Edge Building |
| 2 | 929 S. Marine Corps Drive.<br>Tamuning, Guam 96910 |
| 3 | |
| 4 | LEONARDO M. RAPADAS<br>United States Attorney<br>Districts of Guam and NMI |
| 5 | |
| 6 | By: /S/ Karon V. Johnson |
| 7 | KARON V. JOHNSON<br>Assistant U.S. Attorney |