| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | KARON V. JOHNSON<br>Assistant U.S. Attorney |
| 3 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue |
| 4 | Hagåtña, Guam 96910-5059<br>TEL: (671) 472-7332 |
| 5 | FAX: (671) 472-7215 |

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| EUN YOUNG LEE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

I hereby certify that on May 14, 2008, I electronically filed the following document: United States Trial Memorandum on Deliberate Ignorance with the Clerk of Court using the CM/ECF system, and I hereby certify that on May 14, 2008, I caused to be served via U.S. Mail and/or hand delivery, copies of the aforementioned document(s) to the following non-registered participants:

Rawlen Mantanona  
2nd Floor Edge Bldg.  
929 South Marine Corps Drive  
Tamuning, Guam 96913  

Mark Smith  
Suite 102-D  
456 West O'Brien Drive  
Hagatna, Guam 96910  

Delia Lujan  
Suite 300, DNA Bldg.  
238 Archbishop Flores St.  
Hagatna, Guam 96910  

LEONARDO M. RAPADAS  
United States Attorney  
Districts of Guam and NMI  

By: /s/ Karon V. Johnson  
KARON V. JOHNSON  
Assistant U.S. Attorney