# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-08-00004  DATE: May 16, 2008

**HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding**
Law Clerk: Sara Weber, Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos  Electronically Recorded: 10:19:50 - 11:15:50

**APPEARANCES:**

Defendant: Eun Young Lee-present
Marcelino J. Laserna-not present
John W.C. Duenas-present
Mary C. Garcia-not present
Joseph Pangelinan-not present
Francisco S.N. Kawamoto-Present
Margaret B. Untalan-present

Attorney: Richard Arens - FPD
Mark Smith - CJA Appointed
Cynthia V. Ecube-CJA Appointed
Leilani Lujan-Retained
Louie Yanza-CJA Appointed
Stephanie Flores-CJA Appointed
Rawlen Mantanona-CJA Appointed

DEFENDANT NOT PRESENT
☐ Present ☐ Custody ☐ Bond ☐ P.R.

☑ Present ☐ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: None Present
Interpreter:  Language:

**PROCEEDINGS: Pretrial Conference**

- Proceedings continued to allow parties to discuss issues raised by the Court. Pretrial Conference continued to: <u>May 19, 2008 at 8:00 a.m.</u>

NOTES: