# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-08-00004                                          DATE: May 19, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                           Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos               Electronically Recorded: 8:17:51 - 8:56:00

**APPEARANCES:**

| Defendant: | Eun Young Lee-present-in custody | Attorney: | Richard Arens-FPD |
|---|---|---|---|
| | Marcelino Laserna | | Mark Smith-CJA Appointed |
| | John Duenas-present | | Cynthia Ecube-CJA Appointed |
| | Mary Garcia | | Leilani Lujan-Retained |
| | Joseph Pangelinan-present | | Louie Yanza-CJA Appointed |
| | Francisco Kawamoto | | Stephanie Flores-CJA Appointed |
| | Margaret Untalan-present | | Rawlen Mantanona-CJA Appointed |

☑ Present ☐ Custody ☐ Bond ☐ P.R.                    ☑ Present ☐ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson                         U.S. Agent:
U.S. Probation: None Present
Interpreter:                                          Language:

**PROCEEDINGS: Continued Pretrial Conference**

- Defense counsel waived speedy trial from 5/27/2008 to 6/2/2008. Court continued jury selection and trial from 5/27/2008 to 6/2/2008 at 9:15 a.m. Defense to submit responses to motions contained in Government's trial brief by 5/22/2008 at 12:00 noon. Government's reply due by 5/23/2008 by 3:00 p.m. Hearing on motions is scheduled for 5/29/2008 at 9:00 a.m.
- Listing of juror pool panel to be provided to the parties by close of business 5/19/2008.
- Court grants Ms. Leilani Lujan's oral request to have Mr. David Lujan participate as co-counsel.
- Mr. Arens informed court of his client's intent to enter plea of guilty to all counts of fraud. Government opposed the plea.
- Ms. Ecube and Mr. Mantanona's request to use of laptops and Blackberry during trial granted.
- Supplemental voir dire questions may be submitted by 5/22/2008 at 12:00 noon and to be discussed at 5/29/2008 hearing.
- Proposed stipulation re exhibits due by 5/22/2008.
- Defendants Laserna, Garcia and Kawamoto's appearances were waived by counsel.
- Trial to be held daily from 9:00 a.m. to 5:00 p.m.
- General voir dire questions to be provided to the parties by close of business 5/19/2008.
- Interpreter Victor Yoon was contacted and he indicated that he will be available when needed. Government to inform court in advance of calling Korean witnesses to testify.

NOTES: