1  EYLee.wit2

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

7  Attorneys for the United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      FOR THE TERRITORY OF GUAM
10

11  UNITED STATES OF AMERICA,     )  CRIMINAL CASE NO.  __08-00004__
                                  )
                Plaintiff,        )
12                                )
                                  )
13            vs.                 )  **UNITED STATES SECOND**
                                  )  **AMENDED WITNESS LIST**
    EUN YOUNG LEE,                )
14      aka Eun Young Cho,        )
        aka Ina Lee,              )
15  MARCELINO J. LASERNA,         )
    JOHN W.C. DUENAS,             )
16  MARY C. GARCIA,               )
    JOSEPH PANGELINAN,            )
17  FRANCISCO SN KAWAMOTO, and    )
    MARGARET B.  UNTALAN,         )
18                                )
                Defendants.       )
19  _____)

20
            COMES NOW the United States and hereby files with the Court a  list of proposed
21
    witnesses for purposes of voir dire.
22
            Respectfully submitted this __20th__ day of May, 2008.
23

24                                      LEONARDO M. RAPADAS
                                        United States Attorney
25                                      Districts of Guam and NMI

26                              By:    __/s/ Karon V. Johnson___
                                        KARON V. JOHNSON
27                                      Assistant U.S. Attorney

28

<u>WITNESS LIST</u>

1    Francine Princes
       Chief, ITIN Program Office
       Internal Revenue Service, Atlanta

2)    Linda L. Barnes
       Senior Disclosure Specialist
       IRS Chicago Office

3)    Jason Ferguson
       Special Agent, FBI

4)    Ken Klocke
       Special Agent, FBI

5)    Frank Blaz
       Acting Administrator, MVD
       Guam Dept. of Revenue & Taxation

6)    Jesse Salas
       Supervisor, Driver's License Examiners Branch
       Guam Dept. of Revenue & Taxation

7)    Christine San Nicholas
       Systems Analyst, MVD

8)    Kwang Ho Park

9)    Myung Sug Kim

10)    Jung Soo Yang

11)    Jae Hoan Seok

12)    Young Min Ko

13)    Deuk Soon Choi Pereda

14)    Kil Ja Lee

15)    Jin Woo Park

16)    Sang Mee Chun

17)    Yeong Boem Gim

18)    Sang Ho Kim

19)    Ji Eon Lee

-2-

1   20)   Dong Sik Jung

2   21)   Young Nam Kim

3   22)   John R. Ireland
              FBI Special Agent
4            San Diego

5   23)   William Kline
              FBI Special Agent
6            Guam

7   24)   Richard Flores
              ICE Special Agent
8            Guam

9   25)   Ji Yeon Choi Ritter

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                          -3-