EYLee.Brady

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, | |
| vs. | **UNITED STATE NOTICE OF BRADY MATERIALS** |
| EUN YOUNG LEE, aka Eun Young Cho, aka Ina Lee, MARCELINO J. LASERNA, JOHN W.C. DUENAS, MARY C. GARCIA, JOSEPH PANGELINAN, FRANCISCO SN KAWAMOTO, and MARGARET B. UNTALAN, | |
| Defendants. | |

The witnesses listed below have either pled guilty or have been convicted of crimes. The pertinent documents can be found in the District Court criminal case files, as designated.

1) Deuk Soon CHOI (Pereda)    Cr. No. 08-00003    Pending guilty plea

2) Yeong Beom GIM    Cr. No. 06-00101    Pled guilty April 28, 2008

3) Dong Sik JUNG    Cr. No. 06-00074    Pled guilty April 28, 2008

4) Myung Sug KIM    Cr. No. 06-00104    Pled guilty March 4, 2008

5) Sang Ho KIM    Cr. No. 06-00071    Pled guilty April 8, 2008

1

| 6) Young Nam KIM | Cr. No. 06-00086 | Pled guilty May 2, 2008 |
| 7) Young Min KO | Cr. No. 06-00092 | Pled guilty March 20, 2008 |
| 8) Kil Ja LEE | Cr. No. 07-00059 | Sentenced February 28, 2008 |
| 9) Jin Woo PARK | Cr. No. 06-00102 | Sentenced October 30, 2007 |
| 10) Kwang Ho (Mike) PARK | Cr. No. 01-00083 | Sentenced November 20, 2007 |
| 11) Jae Hoan SEOK | Cr. No. 06-00088 | Sentenced January 24, 2007 |
| 12) Jung Soo YANG | Cr. No. 07-00054 | Pled guilty March 8, 2008 |

Presently, Ji Eon Lee, Cr. No. 08-00016, is pending trial.

Respectfully submitted this ____ day of May, 2008.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and CNMI

By:   /s/ Karon V. Johnson
      KARON V. JOHNSON
      Assistant U.S. Attorney