**THE LAW OFFICES OF MARK S. SMITH**
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Marcelino J. Laserna*

**FILED**
DISTRICT COURT OF GUAM

MAY 22 2008 p.b.

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.: CR08-00004 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| MARCELINO J. LASERNA, et. al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

### CERTIFICATE OF SERVICE

I, Jennifer C. Bautista hereby certify that on the 22nd day of May, 2008, I caused a copy of Defendant Marcelino J. Laserna's Opposition to the United States Trial Memorandum on Deliberate Ignorance to be served upon the parties hereto, by either delivering, faxing and/or mailing a copy of same to their attorneys of record, as follows:

Karon V. Johnson, Assistant U.S. Attorney
**OFFICE OF THE UNITED STATES ATTORNEY**
Suite 200, Sirena Plaza
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
Counsel for the United States of America

Richard P. Arens, Assistant Federal Public Defender
**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
501 First Hawaiian Bank Building
400 Route 8

ORIGINAL

CR/Laserna.M
certificate of service

Mongmong, Guam 96910
Counsel for Defendant Eun Young Lee

Cynthia V. Ecube, Attorney-At-Law
**LAW OFFICES OF CYNTHIA V. ECUBE**
207 Martyr Street, Suite 3
Travel Pacificana Building
Hagatna, Guam 96910
Counsel for Defendant John W.C. Duenas

Delia S. Lujan, Attorney-At-Law
**LUJAN, AGUIGUI & PEREZ, LLP**
Suite 300, Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910
Counsel for Defendant Mary C. Garcia

Stephanie Flores, Attorney-At-Law
Suite 202, Quan Building
324 West Soledad Avenue
Hagatna, Guam 96910
Counsel for Defendant Francisco S.N. Kawamoto

Rawlen M.T. Mantanona, Esq.
**CABOT MANTANONA, LLP**
2nd Floor, Edge Building
929 S. Marine Corps Drive
Tamuning, Guam 96913
Counsel for Defendant Margaret B. Untalan

Dated this 22nd day of May, 2008.

By: _____
JENNIFER C. BAUTISTA

CR/Laserna.M
certificate of service