EYLeetrial.exh4

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00004 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **AMENDED UNITED STATES TO SUBSTITUTE EXHIBITS** |
| EUN YOUNG LEE, aka Eun Young Cho, aka Ina Lee, MARCELINO J. LASERNA, JOHN W.C. DUENAS, MARY C. GARCIA, JOSEPH PANGELINAN, FRANCISCO SN KAWAMOTO, and MARGARET B. UNTALAN, | ) |
| Defendants. | ) |

COMES NOW the United States and hereby substitutes the following exhibits:

Exhibits 1 and 6 have additional documents added and Exhibits 14, 17, 18, 20, 35, 36, 37, 38, 43, 44, 45 and 49 are clearer, color copies.

Respectfully submitted this __23rd__ day of May, 2008.

                                                        LEONARDO M. RAPADAS
                                                       United States Attorney
                                                       Districts of Guam and CNMI

                                  By:   /s/ Karon V. Johnson
                                           KARON V. JOHNSON
                                           Assistant U.S. Attorney