LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, | ) | |
| vs. | ) | |
| EUN YOUNG LEE a.k.a. EUN YOUNG CHO a.k.a. INA LEE, | ) | **ORDER** Permitting Disclosure of Certain Tax Records |
| MARCELINO J. LASERNA, | ) | |
| JOHN W.C. DUENAS, | ) | |
| JOSEPH PANGELINAN, | ) | |
| FRANCISCO SN KAWAMOTO, and | ) | |
| MARGARET B. UNTALAN, | ) | |
| Defendants. | ) | |

On the 7th day of February 2008, Assistant United States Attorney Karon V. Johnson filed applications, pursuant to Title 26, United States Code Sections 6103(h)(4)(B) and 6103(i)(4)(A)(i), to allow the government to disclose the Internal Revenue Service records and Guam Department of Revenue and Taxation records related to certain named Taxpayer Identification Numbers to the defense attorneys of the above-named defendants.

The court finds that the disclosure of such information is probative of a matter in issue relevant in establishing the commission of a crime and the guilt or liability of a party.

///

EXHIBIT

1  IT IS THEREFORE ORDERED that the applications are granted and the United States
of America may disclose the Internal Revenue Service records, and Guam Department of
Revenue and Taxation records related to the Taxpayer Identification Numbers listed in Misc.
Case Nos. 06-00001, 06-00005, 06-00017, 06-00033, and 07-00015 to the defense attorneys of
the above-named defendants.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Feb 13, 2008

Page 2 of 2

Case 1:08-cr-00004    Document 60    Filed 02/13/2008    Page 2 of 2
Case 1:08-cr-00004    Document 190-2    Filed 05/27/2008    Page 2 of 2