# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-08-00004            DATE: May 29, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber        Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos        Electronically Recorded: 9:09:20 - 10:43:50

**APPEARANCES:**

Defendant: Eun Young Lee        Attorney: Richard Arens
       Marcelino J. Laserna            Mark Smith
       John W.C. Duenas              Cynthia Ecube
       Mary C. Garcia                  Leilani Lujan
       Joseph Pangelinan              Louie Yanza
       Francisco SN Kawamoto-      Stephanie Flores
       presence waived                Rawlen Mantanona
       Margaret B. Untalan

☑ Present ☐ Custody ☐ Bond ☐ P.R.        ☑ Present ☑ Retained ☑ FPD ☑ CJA
U.S. Attorney: Karon Johnson                U.S. Agent:
U.S. Probation: None Present
Interpreter:                                         Language:

**PROCEEDINGS: Hearing on All Motions**
- All defendants joined in the final exhibit list, witness list, objections to Government motions, opening jury instructions, closing jury instructions, and proposed voir dire.
- Government's motion to delineate the words driver's license found in counts XI (p.16:12-13) and XIX (p.19:13-14) - <u>granted</u>.
- Parties to discuss possible admission of Jury Instruction 2.13.
- Defendant Pangelinan's motion for investigative services - <u>granted</u>. Untalan's request for emergency additional allowance for further investigative services <u>withdrawn</u>.
- Court took judicial notice of Government's Exhibit 1.
- Jury Instruction for a Violation of 18 U.S.C. 1028(a)(1) and motion to allow testimony of other uncharged conduct <u>held in abeyance</u>.
- Court will allow Exhibits 14 and 68 through 73 provided the Government lays the proper foundation at trial.
- Government withdrew request for admission of possible *Bruton* materials.

NOTES: Proceedings continued to May 30, 2008 at 10:45 AM.