# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-08-00004                                       DATE: May 30, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                     Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos        Electronically Recorded: 11:02:07 - 12:02:15

**APPEARANCES:**

| Defendant: | Eun Young Lee | Attorney: | Richard Arens |
| | Marcelino J. Laserna | | Mark Smith |
| | John W.C. Duenas | | Cynthia Ecube |
| | Mary C. Duenas | | Leilani Lujan |
| | Joseph Pangelinan | | Louie Yanza |
| | Francisco SN Kawamoto | | Stephanie Flores |
| | Margaret B. Untalan | | Rawlen Mantanona |

☑ Present ☐ Custody ☐ Bond ☐ P.R.        ☑ Present ☑ Retained ☑ FPD ☑ CJA

U.S. Attorney: Karon Johnson                              U.S. Agent:
U.S. Probation: None Present
Interpreter:                                              Language:

**PROCEEDINGS:** Continued Hearing on All Motions
- Government to submit memorandum re indictment by 6/2/2008 at noon. Defense counsel to submit response by 6/2/2008 at 5:00 p.m.
- Proposed jury instruction submitted by Atty. Lujan re Jury Instruction 1028(a)(1). Matter to be discussed further on Monday.
- Further discussion to be held on Monday re statements of co-conspirators.
- Proceedings continued to: <u>June 2, 2008 at 9:30 a.m.</u>

NOTES: