THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Marcelino J. Laserna*

**FILED**
**DISTRICT COURT OF GUAM**

JUN 0 4 2008

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.: CR08-00004 |
| Plaintiff, ) | |
| vs. ) | **DEFENDANT MARCELINO J. LASERNA'S EXHIBIT LIST** |
| MARCELINO J. LASERNA ) | |
| Defendant. ) | |

COMES NOW, Defendant Marcelino J. Laserna, through counsel Mark Smith, Esq., and hereby submits the following exhibits to be introduced in trial of the above-entitled case.

### DEFENDANT MARCELINO J. LASERNA'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | ADMITTED |
|---|---|---|---|
| N | Plea Agreement of Myung Sug Kim | | |
| O | Plea Agreement of Jung Soo Yang | | |
| P | Amended Plea Agreement of Jae Hoan Seok | | |
| Q | Plea Agreement of Young Min Ko | | |
| R | Plea Agreement of Deuk Soon Choi nka Pereda | | |

Page 1 of 2

Dated this 3rd day of June, 2008.

**LAW OFFICES OF MARK S. SMITH**

By: _____
**MARK S. SMITH, ESQ.**
Attorney for Defendant, *Marcelino J. Laserna*