LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00004 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| EUN YOUNG LEE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I hereby certify that on June 6, 2008, I electronically filed the following document:

United States Absolutely Final Exhibit List with the Clerk of Court using the CM/ECF system,

and I hereby certify that on June 6, 2008, I caused to be served via U.S. Mail and/or hand

delivery, copies of the aforementioned document(s) to the following non-registered participants:

Rawlen Mantanona                Mark Smith
2nd Floor Edge Bldg.            Suite 102-D
929 South Marine Corps Drive    456 West O'Brien Drive
Tamuning, Guam 96913            Hagatna, Guam 96910

Leilani Lujan
Suite 300, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910

                                LEONARDO M. RAPADAS
                                United States Attorney
                                Districts of Guam and NMI


                        By:     /s/ Karon V. Johnson
                                KARON V. JOHNSON
                                Assistant U.S. Attorney