**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**TRIAL**

| | |
|---|---|
| CASE NO.: CR-08-00004 | DATE: June 06, 2008 |

**HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding**

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Carmen B. Santos | Electronically Recorded: 9:34:17 - 12:08:08 |
|     Virginia T. Kilgore |     1:27:21 - 1:38:43 |
| |     1:59:30 - 3:10:53 |

**APPEARANCES:**

| Defendant: Eun Young Lee | Attorney: Richard Arens |
|---|---|
|     Marcelino Laserna |     Mark Smith |
|     John Duenas |     Cynthia Ecube |
|     Mary Garcia |     Leilani Lujan |
|     Joseph Pangelinan |     Louie Yanza |
|     Francisco Kawamoto |     Stephanie Flores |
|     Margaret Untalan |     Rawlen Mantanona |

☑ Present ☐ Custody ☐ Bond ☐ P.R.     ☑ Present ☑ Retained ☑ FPD ☑ CJA

U.S. Attorney: Karon Johnson      U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter:      Language:

**PROCEEDINGS: Continued Jury Selection**

- Voir dire begun.
- Voir dire held. 12 jurors and 6 alternate jurors selected.
- Jury to be empaneled and sworn on 6/9/2008.
- Court instructed jurors not to read articles, watch news reports, or discuss the case.
- Jurors instructed to report on 6/9/2008 at 8:30 a.m.
- Trial to begin: <u>6/9/2008 at 9:00 AM</u>

NOTES: Court stated that trial will be held daily from 9:00 a.m. to 4:30 p.m. with a lunch break from 12:00 to 1:30 p.m.