# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## TRIAL

CASE NO.: CR-08-00004 　　　　　　　DATE: June 09, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber 　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos 　　Electronically Recorded: 9:02:47 - 10:42:23
　　　　　　　Virginia T. Kilgore 　　　　　　　　10:54:38 - 11:50:30
　　　　　　　　　　　　　　　　　　　　1:29:05 -  4:40:40

**APPEARANCES:**

Defendant: Eun Young Lee 　　　　　Attorney: Richard Arens
　　　　　Marcelino Laserna 　　　　　　　Mark Smith
　　　　　John Duenas 　　　　　　　　Cynthia Ecube
　　　　　Mary Garcia 　　　　　　　　Leilani Lujan
　　　　　Joseph Pangelinan 　　　　　　Louie Yanza
　　　　　Francisco Kawamoto 　　　　　　Stephanie Flores
　　　　　Margaret Untalan 　　　　　　Rawlen Mantanona

☑Present ☐Custody ☐Bond ☐P.R. 　　　☑Present ☑Retained ☑FPD ☑CJA

U.S. Attorney: Karon Johnson 　　　　　U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter: 　　　　　　　　　　　Language:

**PROCEEDINGS: Jury Trial - Day 1**
- Jury empaneled and sworn.
- Opening statements by the plaintiff and defendant.
- Witness sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Trial continued to: June 10, 2008 at 9:00 a.m.

NOTES:

Juror No. 2 excused and replaced by Alternate Juror No. 1.  Juror No. 7 excused and replaced by Alternate Juror No. 2.

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ **GUAM** _____

United States of America

**V.**

**EUN YOUNG LEE,**

## EXHIBIT AND WITNESS LIST

Case Number: **CR-08-00004**

| PRESIDING JUDGE **FRANCES M. TYDINGCO-GATEWOOD** | | | | | PLAINTIFF'S ATTORNEY **KARON JOHNSON** | DEFENDANT'S ATTORNEY **RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA** |
|---|---|---|---|---|---|---|
| HEARING DATE (S) **JUNE 9, 2008** | | | | | COURT REPORTER **WANDA MILES** | COURTROOM DEPUTY **CARMEN B. SANTOS** |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | 6/9/08 - Day 1 - Commence trial; opening instructions; reading of indictment; opening statements given |
| | | | | | | 1:34:00 - **Frank Blaz** called and sworn |
| | | | | | | DX by Ms. Johnson |
| | 1 | | 6/9/08 | 6/9/08 | 6/9/08 | 1:56:50 - Exhibit 1 pages 1-24 offered and admitted |
| | | | 6/9/08 | | | 2:24:30 - Exhibits 9, 10, 17-67 offered by Government; Objections made. |
| | | | | | | 2:25:15 - CX by Ms.Lujan - Exhibits 63, 64, 65, 66, 67 |
| | | | | | | 2:32:00 - Re-DX by Ms. Johnson |
| | | | | | | 2:39:04 - Re-CX by Ms. Lujan |
| | | | | | | 2:40:55 - CX by Mr. Mantanona - Exhibits 48, 49, 50, 51 |
| | | | | | | 2:45:00 - Re-DX by Ms. Johnson - Exhibits 46, 47-51 |
| | | | | | | 2:46:57 - Re-CX by Mr. Mantanona - Exhibits 49, 50, 51 |
| | | | | | | 2:47:41 - Jurors excused - 15 minutes recess |
| | | | | | | 2:54:15 - Re-CX by Ms. Lujan - |
| | | | | | | 3:02:05 - 5 minute recess |
| | | | | | | 3:15:59 - Court resumes session |
| | | | | | | 3:21:02 - Jurors excused - 15 minutes recess |
| | | | | | | 3:27:30 - Government withdraws questioning as to copies of exhibits. |
| | | | | | | 3:32:15 - Re-DX by Ms. Johnson |
| | | | | | | 3:33:00 - Originals of exhibits 9, 10 and 17 to 67 offered. |
| | | | | | | 3:33:09 - CX by Mr. Yanza |
| | | | | | | 3:40:45 - Government renews offer of exhibits |
| | | | | | | 3:41:17 - Re-CX by Ms. Lujan |
| | | | | | | 3:52:00 - Re-DX by Ms. Johnson |
| | | | | | | 3:56:41 - Renew offer of original Exhibits 9, 10 and 17 to 67 |
| | | | | | | 356:55 - CX by Ms. Flores |
| | | | | | | 4:13:07 - Government renews offer of Exhibits 9, 10 and 17 through 67 |
| | | | | | | 4:14:38 - CX by Ms. Ecube |
| | | | | | | 4:31:39 - Jurors excused for the day |
| | | | | | | 4:39:52 - Witness excused for the day; request to to reconvene 6/10/2008 at 9:00 a.m. |
| | | | | | | 4:40:40 - End day 1 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Page -1-

Case 1:08-cr-00004    Document 239    Filed 06/09/2008    Page 2 of 2