# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-08-08-00004                    DATE: June 13, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: None Present | Court Reporter: None Present |
| Courtroom Deputy: None Present | Electronically Recorded: 9:13:52 - 10:45:25 |
| | 11:02:08 - 11:53:15 |
| | 1:30:39 - 2:50:23 |
| | 3:07:43 - 3:10:43 |
| | 3:40:22 - 3:46:20 |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Eun Young Lee | Attorney: Richard Arens |
| Marcelino Laserna | Mark Smith |
| John Duenas | Cynthia Ecube |
| Mary Garcia | Leilani Lujan |
| Joseph Pangelinan | Louie Yanza |
| Francisco Kawamoto | Stephanie Flores |
| Margaret Untalan | Rawlen Mantanona |
| ☑Present ☐Custody ☐Bond ☐P.R. | ☑Present ☑Retained ☑FPD ☑CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: K. Klocke, FBI |
| U.S. Probation: None Present | |
| Interpreter: | Language: |

**PROCEEDINGS: Jury Trial - Day 5**

- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Jurors instructed to keep an open mind, not read articles, watch news reports or discuss the case.
- Jury Trial (Day 6) continued to: <u>June 16, 2008 at 9:00 a.m.</u>

NOTES:

| PRESIDING JUDGE<br>FRANCES M. TYDINGCO-GATEWOOD | | | | | | PLAINTIFF'S ATTORNEY<br>KARON JOHNSON | DEFENDANT'S ATTORNEY<br>RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>JUNE 9, 10, 11, 12, 13, 2008 | | | | | | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | 9:13:52 - Begin Day 5 - June 13, 2008 | |
| | | | | | | 9:13:52 - Witness Salas seated | |
| | | | | | | 9:22:22 - Jurors seated | |
| | | | | | | 9:13:54 - CX by Mr. Yanza | |
| | | U-A | 6/13/08 | 6/13/08 | 6/13/08 | Assignment of ITIN Post December 13, 2003, offered and admitted without objection (note: same as Exhibit U-P 248) | |
| | 15 | | | 6/13/08 | | Blank original ITIN Letter used by IRS until 12/17/03 | |
| | | U-Q | | 6/13/08 | | Assignment of ITIN Number of Lee, Mi Young | |
| | | U-R | | 6/13/08 | | Assignment of ITIN Number for Sam Rang Lee | |
| | | U-S | 6/13/08 | 6/13/08 | 6/13/08 | Assignment of ITIN Number for Young Joo Baek - offered and admitted without objection | |
| | | | | | | 10:00:00 - CX by Ms. Lujan | |
| | | U-W | | 6/13/08 | | Memorandum from Director re Requirement for Driver's License/Assignment of ITIN - offered and admitted without objection | |
| | | U-P p.156 | | 6/13/08 | | Standard Operating Procedures for the Driver's License Branch, Department of Revenue and Taxation - offered and admitted without objection | |
| | | | | | | 10:19:25 - CX by Ms. Ecube | |
| | 53-1 | | | 6/13/08 | | MVD file for - Ha Young Kim | |
| | 54-1, 54-6, 54-7 | | | 6/13/08 | | MVD file for - You Soon Kim | |
| | 55-1 | | | 6/13/08 | | MVD file for - Sang C. Ryu | |
| | 56-1 | | | 6/13/08 | | MVD file for - Jeong Min Ham | |
| | | | | | | 10:45:25 - jurors excused - 15 minute recess | |
| | | | | | | 11:02:08 - Witness Salas seated | |
| | | | | | | 11:03:00 - jurors seated | |
| | | | | | | 11:03:36 - CX by Mr. Arens | |
| | | | | | | 11:06:45 - CX by Mr. Smith | |
| | 17 p1-5 | | | 6/13/08 | | MVD file for - Sung Min Shin | |
| | 18 | | | 6/13/08 | | MVD file for - Ki Cheol Han | |
| | 19 | | | 6/13/08 | | MVD file for - Jung Soo Yang | |
| | 20 | | | 6/13/08 | | MVD file for - Young Min Ko | |
| | 21 | | | 6/13/08 | | MVD file for - Geun Jae lee | |
| | 22 | | | 6/13/08 | | MVD file for - Seung Pill Choi | |
| | 28 | | | 6/13/08 | | MVD file for - Jun Sung Min | |
| | 29 | | | 6/13/08 | | MVD file for - Hae Sook Kang | |
| | 30 | | | 6/13/08 | | MVD file for - Deuk Soon Choi (Pereda) | |
| | 31 | | | 6/13/08 | | MVD file for - Jae Min Lee | |
| | 35 | | | 6/13/08 | | MVD file for - Myung Sug Kim | |
| | 36 | | | 6/13/08 | | MVD file for - Jae Hoan Seok | |
| | 25 | | | 6/13/08 | | MVD file for - Deuk Soon Choi (Pereda) | |
| | | | | | | 11:47:45 - Re-DX by Ms. Johnson | |
| | | | | | | 11:52:30 - 1:30 - recess - Lunch break - jurors to return by 1:15; afternoon session to resume at 1:30 | |
| | | | | | | 1:30:30 - Witness Seated | |
| | | | | | | 1:31:50 - Jurors Seated | |
| | | | | | | 1:32:00 - Re-CX by Mr. Arens | |
| | | U-P 248 | | 6/13/08 | | 1:34:30 - Re-CX by Ms. Lujan | |

Page -7-

| PRESIDING JUDGE  FRANCES M. TYDINGCO-GATEWOOD | | | | | | PLAINTIFF'S ATTORNEY  KARON JOHNSON | DEFENDANT'S ATTORNEY  **RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA** |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S)  **JUNE 9, 10, 11, 12, 13, 2008** | | | | | | COURT REPORTER  **WANDA MILES** | COURTROOM DEPUTY  CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | 1:35:35 - Re-CX by Mr. Smith | |
| | | | | | | 1:35:39 - Witness excused | |
| | | | | | | 1:38:00 - Witness **Francine Prince**, called and sworn | |
| | | | | | | 1:38:10 - DX by Ms. Johnson | |
| | 15 | | | 6/13/08 | | Blank original ITIN Letter used by IRS until 12/17/03 | |
| | 13 | | 6/13/08 | 6/13/08 | 6/13/08 | Redacted IRS W-7 applications and reports concerning certain ITINs, 13-1 through 13-31, offered and admitted, without objection | |
| | | | | | | 2:50:23 - End DX - Jurors excused - afternoon recess | |
| | | | | | | 3:07:43 - 3:40:22 - extended recess to allow Ms. Lujan and Ms. Ecube time to settle emergency client matters. | |
| | | | | | | 3:45:15 - 3:46:02 - Jurors seated and instructions given; excused for the weekend. | |
| | | | | | | 3:46:20 - End Day 5 | |