1 EYLee

2 LEONARDO M. RAPADAS
United States Attorney
3 KARON V. JOHNSON
Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
5 Hagatna, Guam  96910
Telephone:  (671) 472-7332/7283
6 Telecopier:  (671) 472-7334
Attorneys for the United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       FOR THE TERRITORY OF GUAM

10 UNITED STATES OF AMERICA,        ) CRIMINAL CASE NO.  08-00004
                                   )
11            Plaintiff,           )
                                   )
12       vs.                       )    **UNITED STATE AMENDED**
                                   )    **EXHIBIT 14**
13 EUN YOUNG LEE,                   )
      aka Eun Young Cho,           )
14      aka Ina Lee,               )
   MARCELINO J. LASERNA,           )
15 JOHN W.C. DUENAS,                )
   MARY C. GARCIA,                 )
16 JOSEPH PANGELINAN,               )
   FRANCISCO SN KAWAMOTO, and      )
17 MARGARET B.  UNTALAN,            )
                                   )
18            Defendants.          )
   _____ )

19

20       The United States hereby files with this Honorable Court an amended Exhibit 14.

21       Respectfully submitted this  18th  day of June, 2008.

22                                        LEONARDO M. RAPADAS
                                         United States Attorney
23                                       Districts of Guam and CNMI

24

25                              By:    /s/ Karon V. Johnson
                                       KARON V. JOHNSON
26                                     Assistant U.S. Attorney

27

28