1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
5  FAX: (671) 472-7215

6  Attorney's for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>EUN YOUNG LEE<br>a/k/a Eun Young Cho a/k/a Ina Lee,<br>MARCELINO J. LASERNA,<br>JOHN W.C. DENAS,<br>MARY C. GARCIA,<br>JOSEPH PANGELINAN,<br>FRANCISCO SN KAWAMOTO, and<br>MARGARET B. UNTALAN,<br><br>　　　　　　　　Defendants. | CRIMINAL CASE NO. 08-00004<br><br>**CERTIFICATE OF SERVICE** |

　　　I hereby certify that on June 19, 2008, I electronically filed United State's Amended Exhibit 14 with the Clerk of Court using the CM/ECF system, and I hereby certify that on June 19, 2008, I caused to be served via U.S. Mail and/or hand delivery, a copy of the aforementioned document to the following non-registered participants:

　　　　　Leilani V. Lujan, Esq.
　　　　　Lujan, Aguigui & Perez LLP
　　　　　Suite 300, Pacific News Bldg.
　　　　　238 Archbishop Flores Street
　　　　　Hagatna, GU 96910

| | |
|---|---|
| 1 | Mark S. Smith, Esq.<br>The Law Offices of Mark S. Smith |
| 2 | 456 W. O'Brien Drive<br>Suite 102-D |
| 3 | Hagatna, GU 96910 |

<br>

                                      LEONARDO M. RAPADAS
                                      United States Attorney
                                        Districts of Guam and the CNMI

                              By:   /s/ Karon V. Johnson
                                        KARON V. JOHNSON
                                        Assistant U.S. Attorney