| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| FRANCES M. TYDINGCO-GATEWOOD | KARON JOHNSON | RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
| HEARING DATE (S)<br>JUNE 9, 10, 11, 12, 13, 2008<br>JUNE 16, 17, 18, 2008 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>CARMEN B. SANTOS |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 9:03:42 - Begin Day 8 - June 18, 2008 |
| | | | | | | 9:03:42 - Witness Kline seated |
| | 86 | | | 6/18/08 | 6/18/08 | FBI Form 302 - Report of Investigation of Eun Young Lee dated 12/31/07 |
| | 87 | | | 6/18/08 | 6/18/08 | FBI Form 302 - Draft Report of Investigation of Eun Young Lee dated 12/31/07 |
| | | | | | | Court ordered that agents notes are discoverable and should be made available to defense counsel for review. Agent Kline excused in order to make copies of his notes and to distribute the notes to defense counsel. Court further ordered that Agent Klocke's notes should also be made available to defense consel for review. |
| | | | | | | 9:38:00 - Witness Kline excused |
| | | | | | | 9:41:40 - Jurors seated |
| | | | | | | 9:43:50 - Witness **Ken Klocke**, called and sworn |
| | | | | | | 9:43:52 - DX by Ms. Johnson |
| | 82 | | 6/18/98 | 6/18/08 | 6/18/08 | Garcia's affirmation of handwriting on applications, offered and admitted, without objection |
| | | | | | | 10:05:50 - Voir dire by Mr. Mantanona (in aid of an objection) |
| | 14 | | | 6/18/08 | 6/18/08 | Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05, showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, examiner, time and date application was entered into the MVD computer, date of written test, date of issuance of license |
| | 6 | | | 6/18/08 | | License exam history files, sorted by record key |
| | 5-2 | | | 6/18/08 | | MVD Computer designated codes |
| | 14-4 | | | 6/18/08 | | Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05, showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, examiner, time and date application was entered into the MVD computer, date of written test, date of issuance of license |
| | | | | | | 10:30:25 - Voir dire by Ms. Lujan (in aid of an objection) |
| | 14-2 | | | 6/18/08 | | Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05, showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, examiner, time and date application was entered into the MVD computer, date of written test, date of issuance of license |
| | 6 | | | 6/18/08 | | License exam history files, sorted by record key |
| | 5-2 | | | 6/18/08 | | MVD Computer designated codes |
| | | | | | | |
| | | | | | | 10:50:03 - 11:10:39 - Jurors excused- morning recess |
| | | | | | | 11:12:43 - Jurors seated |
| | | | | | | 11:13:00 - Continued voir dire by Ms. Lujan (in aid of an objection) |
| | 14-5, 14-6 | | | 6/18/08 | | Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05, showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, examiner, time and date application was entered into the MVD computer, date of written test, date of issuance of license |
| | 6 | | | 6/18/08 | | License exam history files, sorted by record key |
| | 5-2 | | | 6/18/08 | | MVD Computer designated codes |
| | | | | | | 11:21:35 - Voir dire by Mr. Yanza (in aid of an objection) |

Page -13-

Case 1:08-cr-00004   Document 257-2   Filed 06/18/2008   Page 1 of 2

| PRESIDING JUDGE  FRANCES M. TYDINGCO-GATEWOOD | | | | | | PLAINTIFF'S ATTORNEY  KARON JOHNSON | DEFENDANT'S ATTORNEY  **RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA** |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S)  **JUNE 9, 10, 11, 12, 13, 2008**  **JUNE 16, 17, 18, 2008** | | | | | | COURT REPORTER  WANDA MILES | COURTROOM DEPUTY  CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 14 | | | 6/18/08 | | Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05, showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, examiner, time and date application was entered into the MVD computer, date of written test, date of issuance of license | |
| | 6 | | | 6/18/08 | | License exam history files, sorted by record key | |
| | 5 | | | 6/18/08 | | MVD Computer designated codes | |
| | | | | | | 11:45:35 - Voir dire by Ms. Ecube (in aid of an objection) | |
| | 14 | | | 6/18/08 | | Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05, showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, examiner, time and date application was entered into the MVD computer, date of written test, date of issuance of license | |
| | 6 | | | 6/18/08 | | License exam history files, sorted by record key | |
| | | | | | | 12:10:06 - Jurors excused - Lunch break | |
| | | | | | | 12:30:18 - 1:37:06 - Lunch break | |
| | | | | | | 1:37:06 - Witness Klocke seated | |
| | 14 | | | 6/18/08 | | Court ordered that Exhibit 14 summary chart will not be admitted as currently written as it is too confusing as it relates to column 4. | |
| | | | | | | 1:58:06 - Jurors seated | |
| | | | | | | 1:59:10 - Jurors excused - return 6/19/08 by 8:45 a.m. | |
| | | | | | | Witnesses to be called next listed by Government. | |
| | | | | | | 2:18:31 - End day 7 | |

Page -14-