

U.S. Department of Justice

United States Marshals Service

*FwD Acting CoCsm / JSI → file*
*Disposition*

District of Guam

Hagåtña, Guam 96910

June 18, 2008

MEMORANDUM TO: Joaquin L.G. Salas
Acting U.S. Marshal

*[signature] 6-18-08*

FROM: Greg Perez
District Security Officer

SUBJECT: Incident Report

**FILED**
DISTRICT COURT OF GUAM
JUN 18 2008
JEANNE G. QUINATA
Clerk of Court

At 0830 while at the first floor of the District Court of Guam, Mr. Danny Quinata, Court Security Officer, and I were waiting for the elevator. Mr. Quinata inquired as to how the jury trial on the 4th floor was progressing. I responded to him that it looked good due to an error made by one of the FBI Agents.

Suddenly, I noticed that one of the Jurors appeared as I was telling Danny my observations on the jury trial. I immediately refrained from making additional comments. Please note that I am not certain whether the Juror heard my comment.

Respectfully,

GREG PEREZ

*Please tell The Officers not to comment on The Case.*
*cm*