# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-08-00004    DATE: June 19, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber    Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos    Electronically Recorded: 8:58:47 - 9:26:32
                                                                9:41:56 - 11:56:49
                                                                1:30:18 - 3:01:28
                                                                3:19:54 - 4:38:33

**APPEARANCES:**

Defendant: Eun Young Lee            Attorney: Richard Arens
           Marcelino Laserna                  Mark Smith
           John Duenas                        Cynthia Ecube
           Mary Garcia                        Leilani Lujan
           Joseph Pangelinan                  Louie Yanza
           Francisco Kawamoto                 Stephanie Flores
           Margaret Untalan                   Rawlen Mantanona

☑ Present ☐ Custody ☐ Bond ☐ P.R.    ☑ Present ☑ Retained ☑ FPD ☑ CJA

U.S. Attorney: Karon Johnson         U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter: Sung Woo Yoon           Language: Korean

**PROCEEDINGS: Jury Trial - Day 9**
- Court ordered that all agents notes are to be provided to defense counsel. Continued cross examination of Agent Kline delayed until after defense counsel have reviewed all the agents' notes.
- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Jury Trial (Day 10) continued to: <u>June 20, 2008 at 9:00 a.m.</u>

NOTES:

| PRESIDING JUDGE FRANCES M. TYDINGCO-GATEWOOD | | | | | PLAINTIFF'S ATTORNEY KARON JOHNSON | DEFENDANT'S ATTORNEY RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
|---|---|---|---|---|---|---|
| HEARING DATE (S) JUNE 9, 10, 11, 12, 13, 2008 JUNE 16, 17, 18, 19, 2008 | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY CARMEN B. SANTOS |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 8:57:47 - Begin Day 9 - June 19, 2008 |
| | | | | | | 8:58:00 - Witness Kline seated |
| | 14 | | | 6/19/08 | | Summary chart of license applications accepted by defendants between 2/20/04 and 11/28/05, showing applicant, driver's license number, ITIN, IRS report of each ITIN status, address on application, examiner, time and date application was entered into the MVD computer, date of written test, date of issuance of license |
| | | | | | | Court ordered that all agents notes are to be provided to defense counsel. Continued cross examination of Agent Kline delayed until after defense counsel have reviewed all the agents' notes. |
| | | | | | | 9:26:32 - 9:41:56 - reset of audio system because of echo |
| | | | | | | 10:04:00 - Agent Klocke seated |
| | | | | | | 10:04:26 - Jurors seated |
| | | | | | | 10:05:01 - Re-DX by Ms. Johnson |
| | 2 | | | 6/19/08 | | Licenses issued 1/01/02 - 1/18/06 by ITIN designation |
| | | | | | | Record reflect that Agent Klocke identified Mr. Pangelinan |
| | 81 | | | 6/19/08 | | Pangelinan's identification of ITIN letters - offered by the Government, page 1 not admitted as reverse side not provided defense or court (Agent Klocke) |
| | 81-2 | | 6/19/08 | 6/19/08 | 6/19/08 | Pangelinan's identification of ITIN letters, offered by the Government, admitted, with objection (Agent Klocke) |
| | 83 | | | 6/19/08 | | ITIN Letter given to Sang Ho Kim by Lee on 1/31/05 |
| | 84 | | 6/12/08 | 6/19/08 | 6/12/08 | ITIN letter given to Jae Han Seok by Lee on November 30, 2004 |
| | 74 | | | 6/19/08 | | Guam driver's licenses from arrested persons |
| | | | | | | 10:37:10 - CX by Mr. Smith |
| | | U-U | 6/11/08 | 6/19/08 | 6/11/08 | Assignment of ITIN Number - Exhibit U-U offered by Ms. Lujan and admitted without objection (Frank Blaz) |
| | | | | | | 10:51:58 - CX by Mr. Mantanona |
| | 83 | | 6/19/08 | 6/19/08 | 6/19/08 | ITIN Letter given to Sang Ho Kim by Lee on 1/31/05, offered by Mr. Mantanona, admitted, without objections (Agent Klocke) |
| | 84 | | 6/12/08 | 6/12/08 | 6/12/08 | ITIN letter given to Jae Han Seok by Lee on November 30, 2004, offered by the Government, and admitted without objection (Jae Han Seok) |
| | 40 | | 6/9/08 | 6/19/08 | 6/16/08 6/10/08 | MVD file for - Ok Sun Kim - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | 11 | | 6/11/08 | 6/19/08 | 6/11/08 | Fraudulent ITIN letter given to Chun by Lee March 29, 2005, offered by Mr. Arens and admitted without objection |
| | | | | | | 11:07:00 - CX by Ms. Flores |
| | 60 | | 6/9/08 | 6/19/08 | 6/16/08 6/10/08 | MVD file for - Sang Ho Kim - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. |
| | 11 | | 6/11/08 | 6/19/08 | 6/11/08 | Fraudulent ITIN letter given to Chun by Lee March 29, 2005, offered by Mr. Arens and admitted without objection |
| | | | | | | 11:11:15 - CX by Mr. Yanza |
| | | | | | | 11:48:30 - Jurors excused for lunch |
| | | | | | | 11:56:59 - 1:30:18 - Lunch Break |
| | | | | | | 2:08:02 - Jurors seated |
| | | | | | | 2:08:35 - Continued CX by Mr. Yanza |
| | | | | | | 2:09:21 - CX by Mr. Arens |
| | | Lee-B | | 6/19/08 | | Form 302 - Investigative report of Soo |
| | | | | | | 2:26:13 - CX by Ms. Lujan |

Page -15-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **PRESIDING JUDGE** FRANCES M. TYDINGCO-GATEWOOD — **PLAINTIFF'S ATTORNEY** KARON JOHNSON — **DEFENDANT'S ATTORNEY** RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
| | | | | | | **HEARING DATE(S)** JUNE 9, 10, 11, 12, 13, 2008; JUNE 16, 17, 18, 19, 2008 — **COURT REPORTER** WANDA MILES — **COURTROOM DEPUTY** CARMEN B. SANTOS |
| | | U-P | 6/10/08 | 6/19/08 | 6/10/08 | Standard Operating Procedures for the Driver's License Branch, Department of Revenue and Taxation - offered by Mr. Mantanona and admitted without objection (Frank Blaz) |
| | | G-I | | 6/19/08 | | Transcript of Testimony of Special Agent Kenneth R. Klocke, FBI, taken 1/23/08 |
| | | | | | | 2:48:05 - Re-DX by Ms. Johnson |
| | | | | | | 2:51:47 - Re-CX by Mr. Arens |
| | | | | | | 2:57:30 - Re-CX by Mr. Yanza |
| | | | | | | 2:58:25 - Re-CX by Ms. Flores |
| | | | | | | 2:59:25 - Re-CX by Ms. Lujan |
| | | | | | | 3:01:28 - Agent Klocke excused; jurors excused |
| | | | | | | 3:19:54 - Resume afternoon session |
| | | | | | | 3:22:51 - Witness **Jung Soo Yang**, called and sworn - DX by Ms. Johnson |
| | | | | | | 4:02:51 - CX by Mr. Arens |
| | 11 | | 6/11/08 | 6/19/08 | 6/11/08 | Fraudulent ITIN letter given to Chun by Lee March 29, 2005, offered by Mr. Arens and admitted without objection |
| | | Laserna - O | | 6/19/08 | | Plea Agreement of Jung Soo Yang, identified by Mr. Arens (Jung Soo Yang) |
| | | | | | | 4:30:51 - Jurors excused - return 6/20/08 by 8:45 a.m. |
| | | | | | | 4:38:33 - End day 9 |