## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## TRIAL

CASE NO.: CR-08-00004            DATE: June 20, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: None Present      Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 9:14:28 - 10:39:35
                                                     10:55:25 - 12:09:09

**APPEARANCES:**

Defendant: Eun Young Lee      Attorney: Richard Arens
           Marcelino Laserna                     Mark Smith
           John Duenas                           Cynthia Ecube
           Mary Garcia                            Leilani Lujan
           Joseph Pangelinan                  Louie Yanza
           Francisco Kawamoto               Stephanie Flores
           Margaret Untalan                   Rawlen Mantanona

☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☑ Retained ☑ FPD ☑ CJA

U.S. Attorney: Karon Johnson      U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter: Sung Woo Yoon      Language: Korean

**PROCEEDINGS: Jury Trial - Day 10**
- Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- An issue of possible discovery violation (Rule 16) was raised. Parties urged to meet, discuss and review documents. Parties to brief the issue and submit briefs by June 23, 2008.
- Jurors instructed to keep an open mind, not read articles, watch news reports or discuss the case.
- Jury Trial (Day 11) continued to: <u>June 23, 2008 at 9:00 a.m.</u>

NOTES:

| PRESIDING JUDGE | | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FRANCES M. TYDINGCO-GATEWOOD | | | | | | KARON JOHNSON | RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
| HEARING DATE (S) JUNE 9, 10, 11, 12, 13, 2008 JUNE 16, 17, 18, 19, 20, 2008 | | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | 9:14:28 - Begin Day 10 - June 20, 2008 | |
| | | | | | | 9:14:30 - Witness Jung Soo Yang seated | |
| | | | | | | 9:18:17 - Jurors seated | |
| | | | | | | 9:18:28 - CX by Mr. Mantanona | |
| | 11 | | 6/11/08 | 6/20/08 | 6/11/08 | Fraudulent ITIN letter given to Chun by Lee March 29, 2005, offered by Mr. Arens and admitted without objection (Frank Blaz) | |
| | 84 | | 6/12/08 | 6/20/08 | 6/12/08 | ITIN letter given to Jae Han Seok by Lee on November 30, 2004, offered by the Government, and admitted without objection (Jae Han Seok) | |
| | 19 | | 6/9/08 | 6/20/08 | 6/16/08 6/10/08 | MVD file for - Jung Soo Yang - offered by Government; Objections made; conditionally admitted 6/10/08, admitted 6/16/08 with objections. | |
| | | | | | | 9:46:20 - CX by Mr. Yanza | |
| | | | | | | 9:50:57 - Witness Yang excused | |
| | | | | | | 9:52:16 - Witness **John Ireland** called and sworn | |
| | | | | | | 9:52:23 - DX by Ms. Johnson | |
| | | | | | | Exhibit 33 of Government Trial Memorandum | |
| | | | | | | 10:12:15 - CX by Ms. Lujan | |
| | | | | | | Exhibit 33 of Government Trial Memorandum | |
| | | G-J | | 6/20/08 | | Hand written notes of John Ireland dated 9/24/07, identified by Ms. Lujan (Agent Ireland) | |
| | | U-U | 6/11/08 | 6/20/08 | 6/11/08 | Assignment of ITIN Number - Exhibit U-U offered by Ms. Lujan and admitted without objection (Frank Blaz) | |
| | | U-P p158 | 6/10/08 | 6/20/08 | 6/10/08 | 2/5/99 Memo from Joseph T. Duenas contained in Exhibit U-P - Standard Operating Procedures for the Driver's License Branch, Department of Revenue and Taxation - offered by Mr. Mantanona and admitted without objection (Frank Blaz) | |
| | | | | | | 10:39:35 - 10:55:25 - Jurors excused - morning break | |
| | | | | | | 10:56:44 - Witness seated; Jurors seated. | |
| | | | | | | 10:56:51 - Continued CX by Ms. Lujan | |
| | | U-W | 6/11/08 | 6/20/08 | 6/11/08 | Memorandum from Director re Requirement for Driver's License/Assignment of ITIN - offered by Ms.Lujan and admitted without objection (Frank Blaz) | |
| | | U-P p156 | 6/10/08 | 6/20/08 | 6/10/08 | 10/31/02 Memorandum from Department of Revenue and Taxation, Administrator Maria C. Flores contained in Exhibit U-P - Standard Operating Procedures for the Driver's License Branch, Department of Revenue and Taxation - offered by Mr. Mantanona and admitted without objection (Frank Blaz) | |
| | | U-V | 6/12/08 | 6/20/08 | 6/12/08 | Department of Revenue and Taxation Licensing Requirements, offered by Mr. Mantanona, admitted without objection (Jesse Salas) | |
| | | | | | | 11:06:34 - CX by Mr. Yanza | |
| | | | | | | 11:11:35 - Re-DX by Ms. Johnson | |
| | | | | | | 11:13:35 - Re-CX by Ms. Lujan | |
| | | | | | | 11:14:53 - Agent Ireland excused | |
| | | | | | | 11:15:15 - Jurors excused - 10 minute recess | |
| | | K-A | | 6/20/08 | | 11:15:49 - Agent Kline seated; Ms. Flores addressed court re: postal inspector notes and failure of Government to provide copies of handwritten notes of clients in violation of Rule 16 - Court urged the parties to meet and discuss; Hand written note dated 1/09/08 signed by Francisco Kawamoto | |
| | | | | | | 11:33:08 - Jurors seated | |
| | | | | | | 11:33:41 - Continued CX by Mr. Arens | |

Page -17-

| PRESIDING JUDGE FRANCES M. TYDINGCO-GATEWOOD | | | | | | PLAINTIFF'S ATTORNEY KARON JOHNSON | DEFENDANT'S ATTORNEY RICHARD ARENS, MARK SMITH, CYNTHIA ECUBE, LEILANI LUJAN, LOUIE YANZA, STEPHANIE FLORES, RAWLEN MANTANONA |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S) JUNE 9, 10, 11, 12, 13, 2008 JUNE 16, 17, 18, 19, 20, 2008 | | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY CARMEN B. SANTOS |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | Lee-C | | 6/20/08 | | Page 31 Transcript of Testimony of Agent Kline, identified by Mr. Arens (Agent Kline) | |
| | | | | | | Exhibits 16 - 33 of Government's Trail | |
| | 86 | | | 6/18/08 | 6/18/08 | FBI Form 302 - Investigative Report of Eun Young Lee dated 12/31/07 | |
| | | | | | | 11:58:49 - Jurors excused for the weekend; return by 8:45 a.m. 6/23/08 | |
| | | | | | | 11:59:25 - An issue of possible discovery violation (Rule 16) was raised. Parties urged to meet, discuss and review documents. Parties to brief the issue and submit briefs by 6/23/08 | |
| | | | | | | 12:09:09 - End day 10 - resume 6/23/08 at 9:00 a.m. | |
| | | | | | | | |

Page -18-