1  EYLee.Brady2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam  96910
Telephone:  (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATE NOTICE OF** |
| ) | **BRADY MATERIAL** |
| EUN YOUNG LEE, ) | |
|     aka Eun Young Cho, ) | |
|     aka Ina Lee, ) | |
| MARCELINO J. LASERNA, ) | |
| JOHN W.C. DUENAS, ) | |
| MARY C. GARCIA, ) | |
| JOSEPH PANGELINAN, ) | |
| FRANCISCO SN KAWAMOTO, and ) | |
| MARGARET B. UNTALAN, ) | |
| Defendants. ) | |

The attached is submitted as brady material.  Immunity letter concerning Ji Yeon Choi Ritter.

Respectfully submitted this 25th day of June, 2008.

                                                   LEONARDO M. RAPADAS
                                                   United States Attorney
                                                   Districts of Guam and CNMI


By:   /s/ Karon V. Johnson
      KARON V. JOHNSON
      Assistant U.S. Attorney