

U.S. Department of Justice

*United States Attorney*
*District of Guam*

---

Sirena Plaza, Suite 500
108 Hernan Cortez
Agana, Guam 96910

(671) 472-7332
FAX (671) 472-7215


June 25, 2008

F. Randall Cunliffe
Suite 200
210 Archbishop Flores St.
Hagatna, GU 96910

     RE: Immunity for Ji Yeon Choi Ritter

Dear Randy,

     This will confirm our conversation, wherein I advised you that the government will not prosecute your client Ji Yeon Choi Ritter for her involvement in securing an illegal Guam driver's license for her mother, Young Nam Kim. As you know, the government never had any intention of charging Mrs. Ritter. Accordingly, to ensure that she can be fully truthful, without fear of legal consequences, the government agrees to give Mrs. Ritter immunity. If she is fully truthful in her testimony before the court, we will treat any and all information and testimony by her, and any information directly or indirectly derived from her testimony, as if that information and testimony had been ordered by a court under the provisions of Title 18, United States Code, Section 6002.

                             Sincerely,

                             LEONARDO M. RAPADAS
                             United States Attorney
                             Districts of Guam and NMI

By: _____
        KARON V. JOHNSON
        Assistant U.S. Attorney

JUN 25 2008