ORIGINAL

THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Marcelino J. Laserna*

FILED
DISTRICT COURT OF GUAM
JUN 2 7 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO.: CR08-00004 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| MARCELINO J. LASERNA, et. al. | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Jennifer C. Bautista hereby certify that on the 27th day of June, 2008, I caused a copy of Defendant Marcelino Laserna's Memorandum in Support of Striking the Testimony of Young Min Ko, Young Nam Kim and Deuk Soon Choi Pereda and Excluding any and all Statements Relating Thereto to be served upon the parties hereto, by either delivering, faxing and/or mailing a copy of same to their attorneys of record, as follows:

Karon V. Johnson, Assistant U.S. Attorney
**OFFICE OF THE UNITED STATES ATTORNEY**
Suite 200, Sirena Plaza
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
Counsel for the United States of America

CR/Laserna.M
certificate of service

United States of America v. Marcelino J. Laserna, et. al.
Certificate of Service

Criminal Case No.: 08-00004
Page 2

Richard P. Arens, Assistant Federal Public Defender
**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
501 First Hawaiian Bank Building
400 Route 8
Mongmong, Guam 96910
Counsel for Defendant Eun Young Lee

Louie J. Yanza, Esq.
**Maher Yanza Flynn Timlin, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910
Counsel for Defendant Joseph Pangelinan

Cynthia V. Ecube, Attorney-At-Law
**LAW OFFICES OF CYNTHIA V. ECUBE**
207 Martyr Street, Suite 3
Travel Pacificana Building
Hagatna, Guam 96910
Counsel for Defendant John W.C. Duenas

Leilani V. Lujan, Attorney-At-Law
**LUJAN, AGUIGUI & PEREZ, LLP**
Suite 300, Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910
Counsel for Defendant Mary C. Garcia

Stephanie Flores, Attorney-At-Law
Suite 202, Quan Building
324 West Soledad Avenue
Hagatna, Guam 96910
Counsel for Defendant Francisco S.N. Kawamoto

//

//

//

CR/Laserna.M
certificate of service

Rawlen M.T. Mantanona, Esq.
**CABOT MANTANONA, LLP**
2nd Floor, Edge Building
929 S. Marine Corps Drive
Tamuning, Guam 96913
Counsel for Defendant Margaret B. Untalan

Dated this 27th day of June, 2008.

By: _____
JENNIFER C. BAUTISTA