THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Marcelino J. Laserna*

FILED
DISTRICT COURT OF GUAM
JUN 27 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO.: CR08-00004 |
| Plaintiff, | |
| vs. | NOTICE OF JOINDER |
| MARCELINO J. LASERNA, | |
| Defendant. | |

## JOINDER

**COMES NOW**, Defendant, Marcelino J. Laserna, through his attorney of record, Mark S. Smith, Esq., and hereby joins in with Co-Defendant, Francisco Kawamoto's Memorandum regarding Government's False use of Knowingly False Testimony, Co-Defendant Mary C. Garcia's Response Regarding Perjured Testimony, and Co-Defendant Joseph Pangelinan's Memorandum Regarding Witnesses's Self-Incrimination, herein.

Dated this 27th day of June, 2008.

LAW OFFICES OF MARK S. SMITH

By: _____
MARK S. SMITH, ESQ.
Attorney for Defendant, *Marcelino J. Laserna*