ORIGINAL

THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Marcelino J. Laserna*

FILED
DISTRICT COURT OF GUAM

JUN 27 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARCELINO J. LASERNA, et. al. ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CRIMINAL CASE NO.: CR08-00004 <br><br><br> CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I, Jennifer C. Bautista hereby certify that on the 27th day of June, 2008, I caused a copy of Defendant Marcelino Laserna's Notice of Joinder to be served upon the parties hereto, by either delivering, faxing and/or mailing a copy of same to their attorneys of record, as follows:

Karon V. Johnson, Assistant U.S. Attorney
**OFFICE OF THE UNITED STATES ATTORNEY**
Suite 200, Sirena Plaza
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910
Counsel for the United States of America

Richard P. Arens, Assistant Federal Public Defender
**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
501 First Hawaiian Bank Building
400 Route 8
Mongmong, Guam 96910
Counsel for Defendant Eun Young Lee

CR/Laserna.M
certificate of service

United States of America v. Marcelino J. Laserna, et. al.  
Certificate of Service

Criminal Case No.: 08-00004  
Page 2

Louie J. Yanza, Esq.  
**Maher Yanza Flynn Timlin, LLP**  
115 Hesler Place, Ground Floor  
Governor Joseph Flores Building  
Hagatna, Guam 96910  
Counsel for Defendant Joseph Pangelinan

Cynthia V. Ecube, Attorney-At-Law  
**LAW OFFICES OF CYNTHIA V. ECUBE**  
207 Martyr Street, Suite 3  
Travel Pacificana Building  
Hagatna, Guam 96910  
Counsel for Defendant John W.C. Duenas

Leilani V. Lujan, Attorney-At-Law  
**LUJAN, AGUIGUI & PEREZ, LLP**  
Suite 300, Pacific News Building  
238 Archbishop F.C. Flores Street  
Hagatna, Guam 96910  
Counsel for Defendant Mary C. Garcia

Stephanie Flores, Attorney-At-Law  
Suite 202, Quan Building  
324 West Soledad Avenue  
Hagatna, Guam 96910  
Counsel for Defendant Francisco S.N. Kawamoto

Rawlen M.T. Mantanona, Esq.  
**CABOT MANTANONA, LLP**  
2nd Floor, Edge Building  
929 S. Marine Corps Drive  
Tamuning, Guam 96913  
Counsel for Defendant Margaret B. Untalan

Dated this 27th day of June, 2008.

By: /s/ Jennifer C. Bautista  
JENNIFER C. BAUTISTA

CR/Laserna.M  
certificate of service  
Case 1:08-cr-00004  Document 288  Filed 06/27/2008  Page 2 of 2