LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334
Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 0 1 2008 P.D.

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00004 |
| Plaintiff, ) | |
| vs. ) | STIPULATION OF PARTIES CONCERNING TESTIMONY OF SPECIAL AGENT RICHARD FLORES |
| EUN YOUNG LEE, ) aka Eun Young Cho, ) aka Ina Lee, ) MARCELINO J. LASERNA, ) JOHN W.C. DUENAS, ) MARY C. GARCIA, ) JOSEPH PANGELINAN, ) FRANCISCO SN KAWAMOTO, and ) MARGARET B. UNTALAN, ) Defendants. ) | |

The parties in the above-entitled case make the following stipulation concerning the Korean licensees named in Government Exhibit 4:

1) all of the licensees were Korean nationals;

2) one of the licensees had a student visa;

3) six of the licensees had B2 visas for business/pleasure; and

4) the rest of the licensees had entered the United States on the Guam Tourist Visa Waiver Program.

SO STIPULATED.

1

DATED: 7/1/08

_____
RICHARD ARENS
Attorney for Eun Young Lee

DATED: 7/1/08

_____
LOUIE YANZA
Attorney for Joseph Pangelinan

DATED: 7/1/08

_____
RAWLEN MT MANTANONA
Attorney for Margaret Untalan

DATED: 7/1/08

_____
CYNTHIA ECUBE
Attorney for John Duenas

DATED: 7/1/08

_____
MARK SMITH
Attorney for Marcelino Laserna

DATED: 7/1/08

_____
LEILANI LUJAN
Attorney for Mary Garcia

DATED: 1 July 08

_____
STEPHANIE FLORES
Attorney for Francisco Kawamoto

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 7/1/08    By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

2