# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-08-00004          DATE: JUNE 30, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber/Kim Walmsley    Court Reporter: Virginia T. Kilgore/Wanda Miles
Courtroom Deputy: Carmen B. Santos    Electronically Recorded: 8:36:17 - 10:08:14
                                                    1:31:40 - 2:32:57
                                                    2:48:55 - 5:17:06

**APPEARANCES:**

Defendant: Eun Young Lee          Attorney: Richard Arens
           Marcelino Laserna                 Mark Smith
           John Duenas                        Cynthia Ecube
           Mary Garcia                        Leilani Lujan
           Joseph Pangelinan                 Louie Yanza
           Francisco Kawamoto               Stephanie Flores
           Margaret Untalan                  Rawlen Mantanona

☑ Present   ☐ Custody   ☐ Bond   ☐ P.R.      ☑ Present   ☑ Retained   ☑ FPD   ☑ CJA
U.S. Attorney: Karon Johnson                      U.S. Agent: K. Klocke, FBI
U.S. Probation: None Present
Interpreter:                                                Language:

**PROCEEDINGS: Jury Trial - Day 16**

- Allegations of violation of the 13th Amendment, the Court finds no violation - - objection overruled.
- Brady Material as an impeachment issue - court finds that the Government is in violation as to 6 defendants but not as to defendant Lee.
- Motion to strike testimony - The Court issued a warning to the Government re rights of witness to representation; admonished counsel to turn over evidence; and denied motion to strike testimony.
- Motion for Judgment of Acquittal - denied.
- Discussions held re admitted exhibits, jury instructions and verdit forms.
- Jury Trial (Day 17) continued to: <u>July 1, 2008 at 8:30 AM</u>

NOTES: