DISTRICT COURT OF GUAM

TERRITORY OF GUAM

**FILED**
DISTRICT COURT OF GUAM
JUL 0 2 2008

JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CRIMINAL CASE NO. 08-00004

Eun Young Lee, Marcelino J. Laserna,
John W.C. Duenas, Mary C. Garcia,
Joseph Pangelinan, Francisco SN Kawamoto
and Margaret B. Untalan,

    Defendants.

JURY NOTE

We the Jury: REQUEST FOR SMALL & MEDIUM POST-ITS & HIGHLIGHTERS (12 EA)

Foreperson

Pls. Note - your date is wrong

Date and Time Written: 7/2/08 1650

Date and Time Received by Court: 7/2/08 459

Date and Time Answered by Court: 7/2/08 500

Chief Judge said okay.