```
                    DISTRICT COURT OF GUAM          FILED
                                                DISTRICT COURT OF GUAM
                         TERRITORY OF GUAM
                                                    JUL 03 2008
UNITED STATES OF AMERICA,
                                                  JEANNE G. QUINATA
            Plaintiff,                              Clerk of Court
    vs.
                                        CRIMINAL CASE NO. 08-00004
Eun Young Lee, Marcelino J. Laserna,
John W.C. Duenas, Mary C. Garcia,
Joseph Pangelinan, Francisco SN Kawamoto      JURY NOTE
and Margaret B. Untalan,

            Defendants.
```

We the Jury: Find line 14 page 14 item (C) to be incorrect. No learner's permit was issued to Jung Soo Yong on 3/10/2004. It was indicated he received a driver's license : exhibit 74-5 and exhibit 19.

Foreperson: **REDACTED**

Date and Time Written: 7/3/08  1600

Date and Time Received by Court: 7/3/08 1602

Date and Time Answered by Court: _____

We received your note.

Thank you.

[signature] Court [illegible] in jury.