# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# TRIAL

CASE NO.: CR-08-00004  DATE: July 03, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber  Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos  Electronically Recorded: 4:03:31 - 4:34:57

**APPEARANCES:**

Defendant: Eun Young Lee  Attorney: Richard Arens
  Mark Smith
  Cynthia Ecube
  Leilani Lujan
  Louie Yanza
  Stephanie Flores
  Rawlen Mantanona

☑Present ☑Custody ☐Bond ☐P.R.   ☑Present ☑Retained ☑FPD ☑CJA

U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: None Present
Interpreter:  Language:

**PROCEEDINGS: Jury Trial - Day 19 - Jury Deliberation**
- All counsel called at the instructions of the Court in response to questions from the jurors.
- Jurors called and seated and the Court answered their questions.
- Jury Deliberation continued to: <u>July 7, 2008 at 8:00 a.m.</u>

NOTES:  Remaining Defendants' presence waived.