DISTRICT COURT OF GUAM

**RECEIVED**

TERRITORY OF GUAM

JUL . 7 2008

CHIEF JUDGE'S CHAMBERS
DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CRIMINAL CASE N0. 08-00004

Eun Young Lee, Marcelino J. Laserna,
John W.C. Duenas, Mary C. Garcia,
Joseph Pangelinan, Francisco SN Kawamoto
and Margaret B. Untalan,

**JURY NOTE**

Defendants.

We the Jury: *have reached a verdict and ready to return to the courtroom.*

**FILED**
DISTRICT COURT OF GUAM

JUL 0 7 2008

JEANNE G. QUINATA
Clerk of Court

**REDACTED**

Foreperson

Date and Time Written: 7/7/08    1345

Date and Time Received by Court: 7/7/08  1350

Date and Time Answered by Court: 7/7/08  1416

*Dear Jurors,*
*We are calling all of the attorneys and defendants. We will be with you shortly.*
*Si yuus maase,*
*Chief Judge Frances Tydingco-Gatewood*