IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARCELINO J. LASERNA,<br><br>    Defendant. | CRIMINAL CASE NO. 08-00004-02<br><br>VERDICT FORM |

### COUNT I - CRIMINAL CONSPIRACY TO COMMIT FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

As to the charge of Criminal Conspiracy to Commit Fraud in Connection with Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO J. LASERNA:

/ ✓ /     NOT GUILTY

/   /     GUILTY

## COUNT VII - FRAUD IN CONNECTION WITH MORE THAN FIVE IDENTIFICATION DOCUMENTS

As to the charge of Fraud in Connection with more than five Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO J. LASERNA:

/ ✓ /   NOT GUILTY

/   /   GUILTY

## COUNT VIII - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

As to the charge of Fraud in Connection with Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO J. LASERNA:

/ ✓ /   NOT GUILTY

/   /   GUILTY

## COUNT IX - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

As to the charge of Fraud in Connection with Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO J. LASERNA:

/ ✓ /   NOT GUILTY

/   /   GUILTY

## COUNT X - FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS

As to the charge of Fraud in Connection with Identification Documents, we, the Jury, in the above-entitled cause unanimously find the defendant, MARCELINO J. LASERNA:

/ ✓ /     NOT GUILTY

/     /     GUILTY


DATED this 7th of July, 2008, at Hagåtña, Guam.