```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```



**FILED**
DISTRICT COURT OF GUAM
AUG 13 2008
JEANNE G. QUINATA
Clerk of Court

### DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00004 |
|---|---|
| Plaintiffs, | |
| vs. | RECEIPT OF EXHIBITS |
| EUN YOUNG LEE, et al., | |
| Defendants. | |

( X ) Government's     ( ) Defendant's     ( ) Joint

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

**EXHIBIT NO.**     **DESCRIPTION**

1-40     United States' Exhibits per Order dated 8/13/2008
42-61
63-84 67
74-84
85-88

_____
Signature

KARON V JOHNSON
Name

8/13/08
Date

AUSA
Office/Firm Receiving Exhibits